UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

_____ M.

_1-29__ 20_01_

_____
Deputy Clerk

JAMES CLIFFORD WILLIAMS,          )
                                  )
              Movant,             )
                                  )
v.                                )     Case No. CV400-283
                                  )     [CR493-82]
UNITED STATES OF AMERICA,         )
                                  )
              Respondent.         )

## ORDER

After a careful review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Williams' motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255 is DENIED. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED this _29_ day of _Jan_ 2001.

ANTHONY A. ALAIMO
JUDGE, UNITED STATES DISTRICT COURT

10

# United States District Court
## *Southern District of Georgia*

| | | | |
|---|---|---|---|
| Williams | ) | | |
| vs | ) | CASE | CV 400-283/CR 493-82 |
| United States | ) | DIVISION | SAVANNAH |

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 1/29/01 and 2/2/01 _____, which is part of the official record of this case.

Date of Mailing:        February 2, 2001 _____

Date of Certificate     ☒ same date,     or _____

Henry R. Crumley, Jr.,  Clerk

By: _____
Deputy Clerk

Name and Address

James Clifford Williams, FCI, EF08355-021, P.O. Box 7007, Marianna, FL  32447-7007
Frederick Kramer, II
Amy Lee Copeland

☒ Copy placed in Minutes
☒ Copy given to Judge *lltl*
☒ Copy given to Magistrate