# United States Court of Appeals
For the Eleventh Circuit

---

No. 01-10807

District Court Docket Nos.
00-00283-CV-4 & 93-00082-CR-4

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Nov 27, 2001

THOMAS K. KAHN
CLERK

JAMES CLIFFORD WILLIAMS,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Responden-Appellee.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Southern District of Georgia

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered:     November 27, 2001
For the Court:  Thomas K. Kahn, Clerk
By:     McCombs, Elaine



ISSUED AS MANDATE
JAN 2 2 2002
U.S. COURT OF APPEALS
ATLANTA, GA

15

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 27 2001

THOMAS K. KAHN
CLERK

No. 01-10807
Non-Argument Calendar

D.C. Docket Nos. 00-00283-CV-4
93-00082-CR-4

JAMES CLIFFORD WILLIAMS,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Southern District of Georgia

(November 27, 2001)

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

We issued a certificate of appealability in this case on one issue: whether the one-year statute of limitations under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. 104-132, 110 Stat. 1214 (1996), bars

petitioner's motion for relief from conviction and sentence under 28 U.S.C. § 2255. The district court dismissed petitioner's motion on the basis of the report and recommendation of the magistrate judge issued on January 2, 2001. We find no error in the magistrate judge's analysis of the statute of limitations issue and therefore affirm the district court's decision.

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

2

Henry R Crumley
Clerk, U.S. District Court
125 Bull Street, Rm 306
Savannah GA 31401

January 22, 2002

RE 01-10807-BB    James Clifford Williams v USA
DC DKT NO.: 00-00283 CV-4

- TO:   Henry R Crumley
- CC:   James Clifford Williams
- CC    Amy Lee Copeland
- CC    Frederick William Kramer, II
- CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N W
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

January 22, 2002

Henry R. Crumley
Clerk, U.S. District Court
125 Bull Street, Rm. 306
Savannah  GA  31401

RE  01-10807-BB       James Clifford Williams v  USA
DC DKT NO.:  00-00283 CV-4
SECONDARY CASE NO. 93-00082 CR-4

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following
    Original record on appeal or review, consisting of  one volume

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, <u>but not a copy of the court's opinion or Rule 36-1 decision</u>, is also being mailed to counsel and pro se parties  A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl

MDT-1 (1-2001)